**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Case No. 20-01740 |
| | ) | |
| KELLY MACIAS, | ) | Judge Cassling |
| | ) | |
| Debtor. | ) | Chapter 13 |

## NOTICE OF MOTION

*To the following parties that have been noticed by CM/ECF electronic delivery:*
U.S. Trustee, 219 S. Dearborn, Suite 873, Chicago, IL 60604
Chapter 13 Trustee Thomas Hooper

*To the following parties that have been noticed by first-class U.S. Mail, postage prepaid:*
See Attached List

PLEASE TAKE NOTICE that on December 16, 2021, at 9:30 a.m., I will appear before the Honorable Judge Cassling, or any judge sitting in that judge's place, and present the Motion to Vacate Dismissal, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is 160 414 7941 and the password is 619. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

By:   /s/ Patrick Crame
ARDC 6296147
7061 W. North Ave., #540
Oak Park, IL 60302
708-831-1725

## CERTIFICATE OF SERVICE

I certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on or before November 17, 2021, before 5:30PM.

By:  /s/ Patrick Crame
ARDC 6296147
7061 W. North Ave., #540
Oak Park, IL 60302
708-831-1725

### Service List

*To the following parties that have been noticed by first-class U.S. Mail, postage prepaid:*

Kelly Macias
6462 N. Northwest Hwy, Condo 3
Chicago, IL 60631

NetCredit
175 W Jackson Blvd
Suite 1000
Chicago, IL 60604

Portfolio Recovery Associates, LLC
c/o Capital One Bank (usa), N.a.
POB 41067
Norfolk VA 23541

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

NewRez LLC DBA Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC 29603-0826

Premier Bankcard, Llc
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud Mn 56302-9617

Advocate Health Care
PO Box 1123
Minneapolis, MN 55440-1123

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: ) | | Case No. 20-01740 |
| ) | | |
| KELLY MACIAS, ) | | Judge Cassling |
| ) | | |
| Debtor. ) | | Chapter 13 |

### MOTION TO VACATE DISMISSAL

NOW COMES the Debtor, KELLY MACIAS, by and through their attorney, Patrick Crame, to present this Motion to Vacate Dismissal, and in support thereof, states as follows:

1. The Debtor filed for relief under Chapter 13 of the Title 11 of the United States Code on January 21, 2020.

2. On November 4, 2021, the case was dismissed pursuant to a Trustee's Motion to Dismiss for Failure to Make Plan Payments.

3. Debtor's attorney failed to appear at the hearing on November 4th due to a calendaring error. While the Debtor would not have had funds to be fully current, the Debtor would have had a significant amount, likely leading to a continuance.

4. During the pendency of the Motion to Dismiss, the Debtor had provided a significant sum, $800.00 (over two monthly plan payments), which had posted on September 29, 2021.

5. At the time of dismissal, the Debtor's default was down to $729.00.

6. The Debtor is prepared to provide funds to be fully current, including the upcoming November 20th payment, by the presentment of this motion.

7. Accordingly, the Debtor respectfully requests that the Order dismissing the case be vacated.

WHEREFORE, the Debtor prays that this Court enter an Order vacating dismissal, and for such further relief that this Court may deem just and proper.

Respectfully Submitted,

By:  /s/ Patrick Crame

ARDC 6296147
7061 W. North Ave., #540
Oak Park, IL 60302
708-831-1725